FILED
July 15, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 09-0219-EFB
    Plaintiff, )
v. )
) ORDER FOR RELEASE OF
MARTHA L. VARGAS-EQUIVEL, ) PERSON IN CUSTODY
)
    Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MARTHA L. VARGAS-EQUIVEL, Case No. MAG. 09-0219-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $50,000.00.

          _X_   Unsecured Appearance Bond

          ___   Appearance Bond with Surety

          _X_   (Other) Conditions as stated on the record.

          ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/15/09 at 2:48pm.

By _____
Edmund F. Brennan
United States Magistrate Judge