**FILED**
July 15, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTHA L. VARGAS-EQUIVEL, )<br>)<br>Defendant. ) | Case No. MAG. 09-0219-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MARTHA L. VARGAS-EQUIVEL, Case No. MAG. 09-0219-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Unsecured Appearance Bond

    \_\_\_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    \_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/15/09 at 2:48pm.

By _____
Edmund F. Brennan
United States Magistrate Judge